**Slip Op. 02-30**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                       :
THE TIMKEN COMPANY,                    :
                                       :
        Plaintiff,                     :
                                       :
        v.                             :   Court No. 97-12-02156
                                       :
UNITED STATES,                         :
                                       :
        Defendant,                     :
                                       :
PEER BEARING COMPANY,                  :
L & S BEARING COMPANY,                 :
                                       :
        Defendant-Intervenors.         :
_____:
_____

**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, Timken Co. v. United States, 25 CIT ___, 166 F. Supp. 2d 608 (2001) ("Remand Results"), and Commerce having complied with the Court's remand order and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on December 20, 2001 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                          _____
                                NICHOLAS TSOUCALAS
                                   SENIOR JUDGE

Dated:    March 20, 2002
          New York, New York